*Karas, J. KY*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

JEFFREY ROSCOE, on Behalf of Himself and all
Others Similarly Situated,

Plaintiff,

v.

LAND-AIR EXPRESS OF NEW ENGLAND,
LTD., BENEFIT MANAGEMENT SOLUTIONS,
INC., CIGNA MEDICAL INSURANCE PLAN,
AIG SHORT-TERM DISABILITY PLAN,
WILLIAM SPENCER, THOMAS SPENCER,
JOSEPH BOSLEY, and JOHN DOE
DEFENDANTS #1-25,

Defendants.

Case No. 7:16-cv-4294 (KMK)

### NOTICE OF VOLUNTARY DISMISSAL OF
### ~~DEFENDANT BENEFIT MANAGEMENT SOLUTIONS~~

PLEASE TAKE NOTICE that Plaintiff Jeffery Roscoe hereby voluntarily dismisses with

prejudice, all remaining Defendants, including Land-Air Express of New England, William

Spencer, and Thomas Spencer from this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Defendants have served neither an answer nor a motion for summary judgment. *The clerk is directed to close this case.*

Dated:   October 31, 2016
            White Plains, New York

FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER, LLP

By:   _____
        Todd S. Garber
        445 Hamilton Ave, Suite 605
        White Plains, New York 10601
        Tel: (914) 298-3283
        Fax: (914) 824-1561
        tgarber@fbfglaw.com

*Attorneys for Plaintiff and the putative class*

*So Ordered:*

_____
U.S.D.J.

*Dated:*

*November 1, 2016*

{00280836 }